# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CECELIA BARO,

    Plaintiff(s),

v.

THE RETAIL EQUATION,

    Defendant(s).

Case No.: 2:20-cv-00724-RFB-NJK

**ORDER**

(Docket No. 6)

Pending before the Court is the parties' stipulation to extend Defendant's time to respond to complaint. Docket No. 6. The deadline to respond to the complaint was May 19, 2020. *See id.* at 1. A request to extend a deadline after it has expired "will not be granted unless the movant or attorney demonstrates that the failure to [make the request] before the deadline expired was the result of excusable neglect." Local Rule IA 6-1(a). The parties' stipulation fails to demonstrate excusable neglect.

Accordingly, the Court **DENIES** without prejudice the parties' stipulation. Docket No. 6.

IT IS SO ORDERED.

Dated: June 3, 2020

                                                                                 _____
Nancy J. Koppe
United States Magistrate Judge

1