UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CECELIA BARO <br><br> Plaintiff(s), <br><br> vs. <br><br> THE RETAIL EQUATION <br><br> Defendant(s). | Case # 2:20-CV-00724-RFB-NJK <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

_John Nadolenco_, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_Mayer Brown LLP_
(firm name)

with offices at _350 South Grand Avenue, 25th Floor_,
(street address)

_Los Angeles_, _California_, _90071_,
(city) (state) (zip code)

_(213) 229-9500_, _Jnadolenco@mayerbrown.com_.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_The Retail Equation_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

3. That since December 13, 1995 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of California
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Supreme Court | December 13, 1995 | 181128 |
| United States District Court for the Central District of California | December 13, 1995 | 181128 |
| United States District Court for the Northern District of California | December 7, 1995 | 181128 |
| United States District Court for the Southern District of California | December 28, 1995 | 181128 |
| United States District Court for the Eastern District of California | December 26, 1995 | 181128 |
| United States Court of Appeals for the Ninth Circuit | August 29, 1996 | 181128 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

American LegalNet, Inc.
www.FormsWorkFlow.com

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 6/24/20 | 2:20-CV-00795-KJD-VCF | USDC, District of Nevada | Pending |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.



<sub>

</sub>

<sub>

</sub>

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California )
COUNTY OF Los Angeles )

John Nadolenco, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 23rd day of June, 2020.

_____
Notary Public or Clerk of Court

L. BOWLER
Notary Public - California
Los Angeles County
Commission # 2280833
My Comm. Expires Apr 8, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate J Christopher Jorgensen,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

3993 Howard Hughes Parkway, Suite 600
(street address)

Las Vegas, Nevada, 89169,
(city) (state) (zip code)

(702) 474-2642, cjorgensen@lrrc.com,
(area code + telephone number) (Email address)

4

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) **J Christopher Jorgensen** as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jason J. Matthes, Chief Legal Officer, The Retail Equation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5382          cjorgensen@lrrc.com
Bar number    Email address

**APPROVED:**

DATED this 29th day of June, 2020.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

5

Rev. 5/16



The State Bar *of California*

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105   888-800-3400   AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

June 5, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN NADOLENCO, #181128 was admitted to the practice of law in this state by the Supreme Court of California on December 13, 1995 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records