Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CECELIA BARO,<br><br>            Plaintiff,<br><br>    v.<br><br>THE RETAIL EQUATION,<br><br>            Defendant. | Case No. 2:20-cv-00724-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed:  April 22, 2020 |

Plaintiff Cecelia Baro ("Plaintiff"), by and through her counsel of record, and Defendant The Retail Equation ("Retail Equation") have agreed and stipulated to the following:

1. On April 22, 2020, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On June 15, 2020, Retail Equation filed a Motion to Dismiss the Complaint [ECF Dkt.11].

3. Plaintiff's Response is due June 29, 2020.

4. Plaintiff and Retail Equation have agreed to extend Plaintiff's response fourteen days in order to allow more time to investigate facts and circumstances, and to extend Retail Equation's deadline to file a reply in support of its motion for fourteen days for the same reasons. As a result, both Plaintiff and Retail Equation hereby request this Court to further extend the date for Plaintiff to respond to Retail Equation's Motion to Dismiss Complaint until **July 13, 2020,** and to extend the date for Retail Equation to file their Reply until **July 27, 2020**.

5. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
Dated June 29, 2020

| **KNEPPER & CLARK LLC** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *J. Christopher Jorgensen* |
| Matthew I. Knepper, Esq., SBN 12796 | J. Christopher Jorgensen, Esq., SBN 5382 |
| Miles N. Clark, Esq., SBN 13848 | Matthew R. Tsai, Esq., SBN 14290 |
| 5510 So. Fort Apache Rd, Suite 30 | 3993 Howard Hughes Pkwy, Suite 600 |
| Las Vegas, NV 89148 | Las Vegas, NV 89169-5996 |
| Email: Matthew.Knepper@knepperclark.com | Email: CJorgensen@lrrc.com |
| Email: Miles.Clark@knepperclark.com | Email: MTsai@lrrc.com |
| | |
| **KRIEGER LAW GROUP, LLC** | **MAYER BROWN LLP** |
| David H. Krieger, Esq., SBN 9086 | John Nadolenco, Esq. |
| 2850 W. Horizon Ridge Parkway, Suite 200 | (*Admitted Pro Hac Vice*) |
| Henderson, NV 89052 | Email: JNadolenco@mayerbrown.com |
| Email: DKrieger@kriegerlawgroup.com | Daniel D. Queen, Esq. |
| *Counsel for Plaintiff* | (*Admitted Pro Hac Vice*) |
| | Email: DQueen@mayerbrown.com |
| | 350 South Grand Avenue, 25th Floor |
| | Los Angeles, California 90071 |
| | *Counsel for Defendant The Retail Equation* |

**ORDER GRANTING
STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO
DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of June, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430