Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CECILIA BARO,<br><br>    Plaintiff,<br><br>v.<br><br>THE RETAIL EQUATION, INC.,<br><br>    Defendant. | Case No. 2:20-cv-00724-RFB-NJK<br><br>**STIPULATION OF DISMISSAL OF THE RETAIL EQUATION, INC., WITH PREJUDICE**<br><br>Complaint filed:  April 22, 2020 |

PLEASE TAKE NOTICE that Plaintiff Cecelia Baro ("Plaintiff") and Defendant The Retail Equation, Inc., ("Retail Equation") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and Retail Equation to be determined by the Court, and Retail Equation is the only remaining defendant.  Plaintiff hereby stipulates that all of her claims and causes of action against Retail Equation, which were or could

have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

**IT IS SO STIPULATED.**
DATED: September 28, 2020.

| **KNEPPER & CLARK LLC** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *J. Christopher Jorgensen* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | J. Christopher Jorgensen, Esq., SBN 5382<br>Matthew R. Tsai, Esq., SBN 14290<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Email: CJorgensen@lrrc.com<br>Email: MTsai@lrrc.com |
| **KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Email: dkrieger@kriegerlawgroup.com<br><br>*Counsel for Plaintiff* | **MAYER BROWN LLP**<br>John Nadolenco, Esq.<br>(*Admitted Pro Hac Vice*)<br>Email: JNadolenco@mayerbrown.com<br>Daniel D. Queen, Esq.<br>(*Admitted Pro Hac Vice*)<br>Email: DQueen@mayerbrown.com<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, California 90071<br><br>*Counsel for Defendant The Retail Equation* |

## ORDER GRANTING STIPULATION OF DISMISSAL OF
## THE RETAIL EQUATION, INC., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of September, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2